UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WANDA BONILLA ET AL.,
                Plaintiffs,        22-cv-3076 (JGK)

     - against -                ORDER

CARVER FEDERAL SAVINGS BANK,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The plaintiff may file an amended complaint by **July 29, 2022**. The time for the defendant to move or to answer the amended complaint is **August 19, 2022**. If a motion, the time for the plaintiff to respond is **September 9, 2022**. The time for the defendant to reply is **September 30, 2022**. If an answer, the parties will submit a Rule 26(f) report by **September 9, 2022**. Discovery is stayed until the Rule 26(f) report or a decision on the motion to dismiss.

SO ORDERED.
Dated:    New York, New York
          July 7, 2022

                                       John G. Koeltl
                                United States District Judge